UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 2:12-CR-73 |
| | ) | |
| TRAVIS SCOTT TRENT | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated September 25, 2012. [Doc. 42]. The Magistrate Judge recommends that the defendant's motion to suppress evidence seized during the execution of a search warrant at his residence on August 13, 2010, be denied. The defendant has filed objections to this report. [Doc. 49].

After careful *de novo* consideration of the Report and Recommendation, the defendant's objections to the Report and Recommendation, the defendant's motion to suppress, the response of the government, and for the reasons set out in the Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation is **ADOPTED** and **APPROVED**, and the defendant's motion to suppress is **DENIED.** [Doc. 27].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE